**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| CORTEZ LAPIERRE DRAPER,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF TENNESSEE, CASH MONEY RECORDS, BRIAN BABY WILLIAMS, LIL WAYNE, RONALD SLIM WILLIAMS,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:25-cv-02986-SHL-atc |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff Cortez Lapierre Draper's Complaint for Violation of Civil Rights Under 42 U.S.C. § 1983, filed October 29, 2025 (ECF No. 1),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Adopting Report and Recommendation and Dismissing Complaint Without Prejudice filed November 20, 2026 (ECF No. 20), all claims are dismissed without prejudice.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

November 20, 2026
Date